WILLIAM R. WARE, Respondent, *v.* MARY W. BONTA, Appellant.

*Ware* v. *Bonta*, 138 App. Div. 909, appeal dismissed.
(Submitted November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action for services.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and permission to appeal had not been obtained.

*J. Hampden Dougherty* for motion.

*Leonard F. Fish* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.